OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**





02 1R          $ 00.26⁵
0006557458    MAR 19 2015
MAILED FROM ZIPCODE 78701

3/18/2015

BENAVIDEZ, ALBERTO   Tr. Ct. No. 20090D00811-41-1          WR-82,220-01

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk



ALBERTO BENAVIDEZ
Ellis County
300 South Jackson
Waxahachie, Tx 75165

RETURN TO SENDER
NOT DELIVERABLE
AS ADDRESSED

N3B 79512